OPINION — AG — ** TRANSFER FEES — EXEMPTED SCHOOL DISTRICTS ** PURSUANT TO HOUSE BILL NO. 1155, SECT. 8-110, THOSE SCHOOL DISTRICTS EXEMPT FROM THE OBLIGATION TO PAY TRANSFER FEES IN WHOLE OR IN PART, UNDER THE PROVISIONS OF 70 O.S. 1971, 8-11 [70-8-11], SHALL CONTINUE TO BE EXEMPT. CITE: 70 O.S. 1971, 8-11 [70-8-11] (LARRY L. FRENCH) ** SEE: OPINION NO. 87-134 (1988)